<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-1410**

———————

DANIEL LEWIS COMPEL,

                              Plaintiff - Appellant,

    versus

RELIANCE STANDARD LIFE INSURANCE COMPANY,

                              Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Chief District Judge.  (CA-99-149-A)

———————

Submitted:  August 30, 2000     Decided:  September 6, 2000

———————

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Daniel Lewis Compel, Appellant Pro Se.  Joshua Bachrach, RAWLE & HENDERSON, Philadelphia, Pennsylvania, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Daniel Lewis Compel appeals the district court's order granting summary judgment to Reliance Standard Life Insurance Company. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court as stated from the bench. See Compel v. Reliance Standard Life Ins. Co., No. CA-99-149-A (E.D. Va. Mar. 6, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED